**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:      City of Houston v. Najla Hussein and Asha Obeid

Appellate case number:   01-18-00683-CV

Trial court case number:  2017-81588

Trial court:                   125th District Court of Harris County

Date motion filed:          December 29, 2020

Party filing motion:        Appellant


       The en banc court has unanimously voted to deny appellant's motion for en banc reconsideration.  It is ordered that the motion is **denied**.


Judge's signature: ___/s/ Julie Countiss_____
                   Acting for the En Banc Court*

* En banc court consists of Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.

Date:   __January 26, 2021___